Delia McCauley, appellant, v. Milton E. Helin and Charles J. Agnew, appellees. Gen. No. 35,465.

Opinion filed April 5, 1932.
Rehearing denied and opinion modified April 18, 1932.

Joseph F. Edward, Augustine J. Bowe and William J. Bowe, for appellant. John A. Bloomingston, for appellees. McKenna & Harris, for appellee Charles J. Agnew; James J. McKenna and Abraham W. Brussell, of counsel.

Mr. Justice Kerner delivered the opinion of the court.